October 19, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE BRENT WAYNE JUSTICE

NO. 14-15-00934-CR

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.